ACCEPTED
01-14-00804-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/18/2015 3:25:12 PM
CHRISTOPHER PRINE
CLERK

## Nos. 01-14-00803-CR, 01-14-00804-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

──────────◆──────────

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/18/2015 3:25:12 PM

CHRISTOPHER A. PRINE
Clerk

### Nos. 1392873, 1392874

In the 178th District Court
Of Harris County, Texas

──────────◆──────────

### RICARDO PENA
*Appellant*
V.
### THE STATE OF TEXAS
*Appellee*

──────────◆──────────

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

──────────◆──────────

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The State charged appellant by indictment with two offenses of aggravated sexual assault of a child under fourteen years of age (C.R. I at 12; C.R. II at 12).[1]  Appellant pled guilty to both offenses on March 24, 2014, and a pre-sentence investigation hearing was held on August 8, 2014.  (C.R. I at 26-34; 2 R.R. at 5-6; *see* C.R. II at 27, 34-35, 45)

---

[1] C.R. I refers to the Clerk's Record for cause number 1392873 (No. 01-14-00803-CR);
C.R. II refers to the Clerk's Record for cause number 1392874 (No. 01-14-00804-CR).

Appellant was found guilty by the trial court and sentenced to twenty years in both cases, to run concurrently, in the Texas Department of Criminal Justice, Institutional Division.  (C.R. I at 45-46; C.R. II at 34-35; 3 R.R. at 4)  Appellant timely filed notice of his intent to appeal and the trial court certified his right to appeal. (C.R. I at 48-50; C.R. II at 37-39)  Appellant timely filed a motion for new trial alleging ineffective assistance of counsel, which was denied after a hearing was conducted. (C.R. I at 54-58; C.R. II at 43-47; 4 R.R. at 38)  The State's brief was due on May 18, 2015.  The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

   a. The undersigned attorney was involved in the following written appellate projects during the time the undersigned attorney was assigned State's reply brief in this case:

      (1)     James Guzman v. State of Texas
                No. 01-15-00149-CR
                No. 01-15-00150-CR
                No. 01-15-00151-CR
                Brief Due: May 18, 2015
                Response Filed: April 24, 2015

      (2)     Manuel Nava v. State of Texas
                No. 01-14-00628-CR
                Brief Due: May 6, 2015
                Brief Submitted: May 6, 2015

(3) Demetrus Horton v. State of Texas
No. 01-14-00993-CR
Brief Due: May 21, 2015

(4) Sammie Davis v. State of Texas
No. 14-14-00778-CR
Brief Due: June 5, 2015

(5) Mark Mahlow v. State of Texas
No. 01-14-00753-CR
Brief Due: June 10, 2015

Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant a thirty day extension of time for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
McLean_Patricia@dao.hctx.net
TBC No. 24081687

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by e-filing to:

Mark Rubal
Attorney for Appellant
mrubal@ws-law.com

/s/ *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
McLean_Patricia@dao.hctx.net
TBC No.24081687

Date: May 18, 2015